# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACK MORRIS and SHERYL A. WEINGARTEN<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Civil Action No.: 12-cv-1909 (CCC-JAD)<br><br>**O R D E R** |

**CECCHI, District Judge.**

This matter comes before the Court upon Defendant C-III Asset Management LLC's ("Defendant") motion to dismiss Plaintiff's Second Amended Complaint for lack of personal jurisdiction (Docket Nos. 41, 44), pursuant to Federal Rule of Civil Procedure 12(b)(2). On August 8, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Defendant's motion to dismiss be granted. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 23 day of August, 2013

**ORDERED** that this Court adopts Judge Dickson's August 8, 2013 Report and Recommendation and thus grants Defendant's motion to dismiss.

HON. CLAIRE C. CECCHI
United States District Judge